CHARLES MEDERER et al., Appellants, v. ANDREW J. VAN
    SICLEN et al., as Executors of JAMES VAN SICLEN,
    Deceased, Respondents.

*Mederer* v. *Van Siclen*, 163 App. Div. 872, affirmed.
(Argued December 16, 1916; decided January 16, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered April 21, 1914, affirming a judgment in favor of
defendants entered upon a dismissal of the complaint by
the court on trial at Special Term in an action to deter-
mine title to real property. Plaintiffs are in possession
and allege they own the title in fee under a deed of con-
veyance. Defendants claim possession under four sepa-
rate tax leases. The validity of the tax leases is the
question at issue.

*John L. Wells, Charles A. Collin* and *Edward E.
Dean* for appellants.

*William W. Gillen* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, CARDOZO and POUND, JJ.

————————

LOWELL M. PALMER et al., Respondents, v. THE STATE
    OF NEW YORK, Appellant.

*Palmer* v. *State of N. Y.*, 174 App. Div. 933, affirmed.
(Argued December 11, 1916; decided January 16, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered September 26, 1916, affirming a determination of
the Court of Claims awarding claimants compensation
in the sum of $825,000, with interest from July 3, 1912,
amounting in all to the sum of $960,712.50, for certain
lands, structures and waters alleged to have been owned

by claimants and appropriated by the state on July 3, 1912, under the provisions of chapter 746 of the Laws of 1911, for a barge canal terminal. The lands appropriated are located at or near the junction of Newtown creek and East river in the port of New York, at Greenpoint. It was conceded that the claimants had good title to all of the original upland, and have succeeded to all of the rights acquired by the original grantees from the state of the filled-in land and land under water. The state disputed the title to the land below high-water line so acquired by the original grantees. The state contended that all of the lands originally under water were owned by the state, and by the city of New York at the date of the service of the appropriation map, and not by the claimants; but, by whomsoever owned, such lands were subject to the uses and purposes of commerce, and that private interests therein, if any, were merely incidental to the use of such lands for commerce purposes and must yield thereto.

*Egburt E. Woodbury, Attorney-General* (*Wilber W. Chambers* and *John D. Monroe* of counsel), for appellant.

*William H. Harris* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

THOMAS F. SHEEDY, Respondent, *v.* WILLIAM G. FOSTER, Defendant, MARIE FOSTER, Appellant, and NEAL D. BECKER, as Executor of WILLIAM J. K. KENNY, Deceased, Respondent.

Reported below, 167 App. Div. 935.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second